# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2017

153652 (94)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

MICHAEL S. SHERMAN, D.O., P.C., d/b/a
PHYSICIAN EYE CARE ASSOCIATES OF
GARDEN CITY, and MICHAEL S.
SHERMAN, D.O.,
      Plaintiffs/
      Counterdefendants-Appellees,

v

SHIRLEY T. SHERROD, M.D., P.C. and
SHIRLEY T. SHERROD, M.D.,
      Defendants/
      Counterplaintiffs/Third-
      Party Plaintiffs-Appellants,
and

GARDEN CITY HOSPITAL,
      Third-Party Defendant-Appellee.

SC: 153652
COA: 320689
Wayne CC: 08-014212-CK

_____/

      On order of the Court, the motion for reconsideration of this Court's May 31, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      WILDER, J., did not participate because he was on the Court of Appeals panel.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2017



t0906

             Clerk